UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**FUENTES**

Plaintiff,

-against-

**MILLER ET AL**

Defendants.

---------------------------------------------------------- x

**1:26-cv-6928 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to participate in a telephonic conference on September 8, 2026 at 3:30 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** August 31, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge