UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUENTES<br><br>Plaintiff,<br><br>-against-<br><br>MILLER ET AL<br>Defendants. | 1:26-cv-6928 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Based on the Parties' stating during the telephonic conference that Plaintiff has received approval of her applications, the Court is dismissing this case. The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**
**Dated: September 8, 2026**
**New York, New York**

ANDREW L. CARTER, JR.
United States District Judge